**CHILLICOTHE STATE BANK,**
**Respondent,**

v.

**Harold R. OFFIELD, Appellant.**

**No. WD 38390.**

Missouri Court of Appeals,
Western District.

Feb. 3, 1987.

Jackie L. Bailey, Marceline, Richard P. Alexander, Arens & Alexander, Fayetteville, Ark., for appellant.

Robert Cowherd, Chapman, Somerville & Cowherd, Chillicothe, for respondent.

Before TURNAGE, P.J., and SHANGLER and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM:

Appeal from summary judgment in favor of the Bank on a promissory note and security agreement.

Judgment affirmed. Rule 84.16(b).